IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL J. GRESS** and **BRANDY L. GRESS**, on behalf of themselves and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**FREEDOM MORTGAGE CORPORATION**, )<br>)<br>)<br>Defendant. )<br>) | Case No. 1:19-cv-00375-JEJ<br>(Hon. John E. Jones III) |

## **[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion For An Extension Of Time, *Nunc Pro Tunc*, To File Papers In Opposition To Defendant's Motion To Dismiss. For good cause shown, the Motion is **GRANTED** and Plaintiffs' papers in opposition to Defendant's motion to dismiss shall be due on **MAY 10, 2019**.

  **IT IS SO ORDERED.**

                                                                  _____
                                                                  Hon. John E. Jones III, U.S.D.J.