# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL J. GRESS** and **BRANDY L. GRESS**, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>**FREEDOM MORTGAGE CORPORATION**,<br><br>    Defendant. | Case No. 1:19-cv-00375-JEJ<br>(Hon. John E. Jones III) |

## [PROPOSED] STIPULATION AND ORDER SETTING BRIEFING SCHEDULES FOR DISPOSITIVE MOTIONS AND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs Michael J. Gress and Brandy L. Gress ("Plaintiffs") and defendant Freedom Mortgage Corporation ("Defendant"), through the undersigned counsel, hereby stipulate and agree as follows:

WHEREAS by Order dated May 31, 2019, the Court set a case schedule that specifically required dispositive motions to be filed by February 3, 2020 [Dkt. No. 30 at 1]; and

WHEREAS the parties had agreed that motions for class certification should be due by the same date as dispositive motions and, therefore, at that time, agreed that motions for class certifications should be due by February 3, 2020; and

WHEREAS the parties were directed by Chambers to submit a joint

stipulation to extend the time by which a class certification motion may be filed; and

WHEREAS said stipulation was filed on June 3, 2019 [Dkt. No. 32]; and

WHEREAS, by subsequent Order dated October 17, 2019, the Court extended the entire case schedule by approximately three months and specifically required that dispositive motions be filed by May 8, 2020 [Dkt. No. 52]; and

WHEREAS the parties agree that motions for class certification should be due by the same date as dispositive motions and, therefore, agree that motions for class certification should be due by May 8, 2020; and

WHEREAS the parties wish to set briefing schedules for Plaintiffs' anticipated motion for class certification and any dispositive motions that may be filed;

IT IS HEREBY STIPULATED AND AGREED that the time by which Plaintiffs may file a motion for class certification is hereby extended to **May 8, 2020**; and

IT IS FURTHER STIPULATED AND AGREED by the parties that good cause exists to continue the briefing schedule on Plaintiffs' motion for class certification and any dispositive motions that may be filed as follows:

- May 8, 2020 — Date by which motions shall be filed;
- June 5, 2020 — Date by which opposition papers shall be filed; and

- June 19, 2020 — Date by which reply papers shall be filed.

**IT IS SO ORDERED**.

Dated this ___ day of January 2020.

s/ John E. Jones III
Hon. John E. Jones III, U.S.D.J.

By:   /s/ *Bradley F. Silverman*

D. Greg Blankinship (*pro hac vice*)
Todd S. Garber (*pro hac vice*)
Bradley F. Silverman (*pro hac vice*)
**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**
445 Hamilton Ave, Suite 605
White Plains, New York 10601
Telephone: (914) 298-3281
Fax: (914) 908-6709
gblankinship@fbfglaw.com
tgarber@fbfglaw.com
bsilverman@fbfglaw.com

Matthew D. Schultz (*pro hac vice*)
William F. Cash III (*pro hac vice*)
**LEVIN, PAPANTONIO, THOMAS,**
**MITCHELL, RAFFERTY &**
**PROCTOR, P.A.**
316 South Baylen St.
Pensacola, Florida 32502
Telephone: (850) 435-7059
mschultz@levinlaw.com
bcash@levinlaw.com

*Counsel for Plaintiffs*

By:   /s/ *Timothy P. Ofak*

Timothy P. Ofak (Bar No. PA 203087)
Jason W. McElroy (*pro hac vice*)
Brian M. Serafin (*pro hac vice*)
**WEINER BRODSKY KIDER PC**
1300 19th Street NW, Fifth Floor
Washington, DC 20036
Tel: (202) 628-2000
Fax: (202) 628-2011
ofak@thewbkfirm.com
mcelroy@thewbkfirm.com
serafin@thewbkfirm.com

*Counsel for Defendant*

3

## **CERTIFICATE OF SERVICE**

I certify that, on January 22, 2020, I caused a copy of this Joint Stipulation Extending Time By Which Plaintiffs May File A Motion For Class Certification to be served on all parties and counsel of record via the Court's CM/ECF system.

        /s/ *Bradley F. Silverman*