**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL J. GRESS** and **BRANDY L. GRESS**, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:19-cv-00375-JEJ (Hon. John E. Jones III) |
| v. | ) ) | |
| **FREEDOM MORTGAGE CORPORATION**, | ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER SETTING CASE SCHEDULE

Before the Court is the parties' joint motion for an extension of the case schedule.  For good cause shown, the motion (Doc. 65) is **GRANTED** and the Court's Order dated September 8, 2020 [Dkt. No. 64], is amended as follows:

- January 29, 2021– Date by which Plaintiffs' supplemental expert reports are due;

- April 30, 2021 – Date by which discovery shall be completed, except as provided for below;

- May 7, 2021 – Date by which depositions of Plaintiffs' expert witnesses shall be completed;

- May 21, 2021 – Date by which Defendants' expert reports are due;

- May 28, 2021 – Date by which Defendant's supplemental expert reports are due;

- June 4, 2021 – Date by which dispositive motions, including any motion for class certification, shall be filed;

- July 7, 2021 – Date by which all opposition papers to dispositive motions shall be filed;

- July 23, 2021 – Date by which all reply papers in support of dispositive motions shall be filed;

- September 1, 2021 – Date of the pre-trial conference, at a time to be determined by the Court;

- The case is placed on the October 2021 trial list; and

- October 4, 2021 – Date on which juries will be drawn, at a time to be determined by the Court.

**IT IS SO ORDERED.**

Dated: 11/30/20

Hon. John E. Jones, III
U.S. District Judge